# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Richard Alan Gaddis Jr., | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:18-cv-00660-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| FNU Payne | ) | |
| FNU Belk | | |
| Union County Sheriff, | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 2, 2019 Order.

December 2, 2019

*[signature: Frank G. Johns]*

Frank G. Johns, Clerk
United States District Court