# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:18-cv-00660-FDW

| | |
|---|---|
| **RICHARD ALAN GADDIS, JR.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| **FNU BELK, et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**THIS MATTER** is before the Court on Plaintiff's *pro se* Letter. [Doc. 22].

The incarcerated Plaintiff filed this civil rights action pursuant to 42 U.S.C. § 1983 on December 12, 2018, while he was incarcerated at the Union County Jail.[1] [Docs. 1, 1-1]. On December 2, 2019, the Court dismissed the action for lack of prosecution and closed the case because the Plaintiff failed to respond to the Court's November 14, 2019 Order. [Doc. 17].

The Plaintiff filed the instant Letter, dated September 20, 2021, in this case as well as another closed § 1983 case in this Court, Gaddis v. Wrenn, 3:19-cv-00582-FDW. [Doc. 22]. The Letter is rambling and largely nonsensical. He appears to ask the Court for: a § 1983 packet; copies of his Complaint from this case and Gaddis v. Belk; and a subpoena for North Carolina criminal records and Union County Jail inmate records. The Plaintiff's Letter also touches on varied topics including: a subsequent arrest; unfair treatment by the Union County Sheriff's Office and Monroe Police Department; a conspiracy to steal his inheritance following his son's death; false police reports; identity theft; and incidents at the Union County Jail denial of access to the courts, interference with the mail, denial of legal assistance, and unsafe conditions.

---

[1] He was apparently released at some point and is now reincarcerated.

The Letter is construed as a Motion to Compel Discovery. There is no basis for discovery in this long-closed case, and accordingly the Plaintiff's request for a subpoena and the production of various records is denied. To the extent that the Plaintiff seeks copies in this case, the Plaintiff has no right to free photocopies from the Court. However, a copy of his Complaint and the docket sheet will be provided as a courtesy. The Plaintiff will also be mailed a § 1983 complaint form.

**IT IS ORDERED** that:

1. The Plaintiff's Letter [Doc. 22], which is construed as a Motion to Compel Discovery, is **DENIED**.

2. The Clerk is instructed to mail the Plaintiff: a copy of the Complaint [Doc. 1], a copy of the docket sheet, and a § 1983 prisoner complaint form.

Signed: October 12, 2021

Frank D. Whitney
United States District Judge